Loly G. Tor
**K&L GATES LLP**
One Newark Center, 10th Fl.
Newark, New Jersey 07102
Tel: (973) 848-4026
Fax: (973) 848-4001
loly.tor@klgates.com
*Attorneys for Defendants Rocket Pharmaceuticals, Inc. and Guarav Shah*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RANDOLPH HO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROCKET PHARMACEUTICALS, INC. and GUARAV SHAH,<br><br>Defendants. | Case No. 3:25-cv-10049-ZNQ-TJB<br><br>Hon. Zahid N. Quraishi U.S.D.J.<br>Hon. Tonianne J. Bongiovanni, U.S.M.J.<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY [LOCAL CIVIL RULE 6.1(B)]** |

Application is hereby made for a Clerk's Order extending the time within which Defendants Rocket Pharmaceuticals, Inc., and Guarav Shah ("Defendants"), may answer, move, or otherwise respond to the Complaint filed by Plaintiff herein, and it is represented that:

1. No previous extension has been obtained;

2. Defendants were served with the summons and Complaint on June 25, 2025, and

3. Defendants' time to answer move or otherwise respond expires on July 16, 2025.

Dated: July 12, 2025

Respectfully submitted,

**K&L GATES LLP**

By: s/Loly G. Tor
Loly G. Tor (loly.tor@klgates.com)
One Newark Center, 10th Floor

Newark, NJ 07102
(T) 973.848.4000
(F) 973.848.4001

## **ORDER**

The above application is ORDERED GRANTED. Defendants' time to answer, move or otherwise respond is extended to July 30, 2025.

ORDER DATED: _____

By:_____
        Deputy Clerk