Loly G. Tor
**K&L GATES LLP**
One Newark Center, 10th Fl.
Newark, New Jersey 07102
Tel: (973) 848-4026
Fax: (973) 848-4001
loly.tor@klgates.com

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RONDOLPH HO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROCKET PHARMACEUTICALS, INC. and GAURAV SHAH,<br><br>Defendants. | Case No. 3:25-cv-10049-ZNQ-TJB |

**STIPULATION AND ORDER
CONCERNING SCHEDULING**

WHEREAS, on June 11, 2025, plaintiff Rondolph Ho filed a putative class action complaint in this Court under Civil Action No. 3:25-cv-10049 asserting claims under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), Rule 10b-5 promulgated thereunder, and Section 20(a) of the Exchange Act against Rocket Pharmaceuticals, Inc. ("Rocket") and Gaurav Shah (the "*Ho* Action"); and

1600995320.3

WHEREAS, on July 18, 2025 Plaintiff Dimitar Yankov filed a putative class action complaint in this Court under Civil Action No. 25-cv-13532 asserting claims under Section 10(b) of the Exchange Act, Rule 10b-5 promulgated thereunder, and Section 20(a) of the Exchange Act against Rocket, Gaurav Shah, and Aaron Ondry (the "*Yankov* Action");

WHEREAS, the *Ho* and *Yankov* Actions each have been assigned to this Court as related actions (together the "Related Actions"), and each involve the same or substantially similar issues of law and fact, and assert the same purported causes of action against similar defendants on behalf of substantially similar putative classes;

WHEREAS, defendants in the Related Actions ("Defendants") seek consolidation of the Related Actions pursuant to Fed. R. Civ. P. 42;

WHEREAS, Defendants Rocket and Gaurav Shah alleged to have been served with process in the *Ho* Action on June 25, 2025 and their time to respond to the complaint in that action has been extended to July 30, 2025;

WHEREAS, the claims asserted in the Related Actions are governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78 u-4, et seq. (the "PSLRA"), which provides a procedure for the appointment by the Court of lead plaintiff(s) and lead counsel to represent the putative class;

WHEREAS, the lead plaintiff(s), once designated by the Court, may wish to file a consolidated amended complaint;

2

WHEREAS, counsel for the parties believe that a response to the *Ho* Action and/or the *Yankov* Action would be premature prior to the entry of an Order by the Court pursuant to the PSLRA appointing one or more lead plaintiffs and lead plaintiff's counsel.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that:

1. No defendant in any of the Related Actions shall be required to answer or otherwise respond to the complaints filed in any of the referenced individual actions.

2. Within ten (10) days following entry of an order by the Court pursuant to the PSLRA appointing a lead plaintiff and lead counsel, counsel for Defendants and lead counsel for lead plaintiff shall confer and submit a proposed schedule for the filing of a consolidated amended complaint and/or the designation of an operative complaint and Defendants' response thereto.

3. Nothing in this Stipulation shall be construed as a waiver of any defense available to any Defendants, although Defendants agree not to contest the sufficiency of service of process.

4. There has been one request for an extension of time previously made in the *Ho* Action extending Defendants' time to respond to July 30, 2025.

5.  This stipulation may be signed in counterparts, and copies thereof furnished in electronic format shall be deemed originals for all purposes.

Dated: July 30, 2025

        Respectfully submitted,

By: /s/ Loly G. Tor
Loly G. Tor
**K&L GATES LLP**
One Newark Center, 10th Fl.
Newark, New Jersey 07102
Tel: (973) 848-4026
Fax: (973) 848-4001
loly.tor@klgates.com

*Attorneys for Defendants*

/s/ Adam M. Apton
Adam M. Apton
LEVI & KORSINSKY, LLP
33 Whitehall Street, 17th Floor
New York, New York 10004
Telephone: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com

*Attorneys for Plaintiff Rondolph Ho*

/s/ Thomas H. Przybylowski
Thomas H. Przybylowski
POMERANTZ LLP
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044

tprzybylowski@pomlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com

*Attorneys for Dimitar Yankov*

**SO ORDERED.**

Zahid N. Quraishi
_____

Hon. Zahid N. Quraishi
United States District Judge

Dated: 08/01/2025

5