POMERANTZ LLP
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
tprzybylowski@pomlaw.com

*Counsel for Movant Dimitar Yankov
and Proposed Lead Counsel for the
Class*

[Additional counsel on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONDOLPH HO, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:25-cv-10049-ZNQ-TJB |
| Plaintiff, | NOTICE OF MOTION OF DIMITAR YANKOV FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |
| v. | |
| ROCKET PHARMACEUTICALS, INC. and GAURAV SHAH, | |
| Defendants. | Motion Date: September 15, 2025 |

DIMITAR YANKOV, Individually and on Behalf of All Others Similarly Situated,

                       Plaintiff,

    v.

ROCKET PHARMACEUTICALS, INC., GAURAV SHAH, and AARON ONDREY,

                       Defendants.

Case No. 3:25-cv-13532-ZNQ-TJB

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Dimitar Yankov ("Yankov"), by and through his counsel, will and does hereby move this Court, pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) consolidating the above-captioned related actions; (2) appointing Yankov as Lead Plaintiff on behalf of a class (the "Class") consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired Rocket Pharmaceuticals, Inc. securities between September 17, 2024 and May 26, 2025, both dates inclusive; and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

Dated:  August 11, 2025              Respectfully submitted,

                                    POMERANTZ LLP

                                    */s/ Thomas H. Przybylowski*
                                    Thomas H. Przybylowski
                                    Jeremy A. Lieberman
                                    (*pro hac vice* application forthcoming)
                                    J. Alexander Hood II
                                    (*pro hac vice* application forthcoming)
                                    600 Third Avenue, 20th Floor
                                    New York, New York 10016
                                    Telephone: (212) 661-1100
                                    Facsimile: (917) 463-1044
                                    tprzybylowski@pomlaw.com

jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Movant Dimitar Yankov and
Proposed Lead Counsel for the Class*

2