**THE ROSEN LAW FIRM, P.A.**
Jing Chen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
jchen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONDOLPH HO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ROCKET PHARMACEUTICALS, INC., and GAURAV SHAH, <br><br> Defendants. | No.: 3:25-cv-10049-ZNQ-TJB <br><br> **NOTICE OF MOTION OF COREY SIPMANN TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** <br><br> <u>CLASS ACTION</u> <br><br> **Motion Date: September 15, 2025** |

[Additional caption on next page]

1

|   |   |
|---|---|
| DIMITAR YANKOV, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROCKET PHARMACEUTICALS, INC., GAURAV SHAH, and AARON ONDREY,<br><br>Defendants. | No.: 3:25-cv-13532-ZNQ-TJB<br><br>CLASS ACTION |

**PLEASE TAKE NOTICE** that, on September 15, 2025, or as soon thereafter as the matter may be heard in the courtroom of the Honorable Zahid N. Quraishi, situated at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Room 4W, Trenton, New Jersey 08608, Movant Corey Sipmann ("Movant"), by his counsel, will respectfully move this Court for an order: (1) consolidating the above-captioned actions; (2) appointing Movant to serve as Lead Plaintiff in this action pursuant to Section 21D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (3) approving his selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation and all subsequently filed related litigations; and (4) for any such further relief as the Court may deem just and proper.

In support of this Motion, Movant submits: (1) the Declaration of Jing Chen,

2

dated August 11, 2025 (with exhibits); (2) Memorandum of Law in support of Motion, dated August 11, 2025; and (3) a [Proposed] Order.

Dated: August 11, 2025                    Respectfully submitted,

                                          **THE ROSEN LAW FIRM, P.A.**

                                          /s/ Jing Chen
                                          Jing Chen, Esq.
                                          One Gateway Center, Suite 2600
                                          Newark, NJ 07102
                                          Telephone: (973) 313-1887
                                          Fax: (973) 833-0399
                                          jchen@rosenlegal.com

                                          *[Proposed] Lead Counsel for Plaintiff and the Class*

3

## <u>CERTIFICATE OF SERVICE</u>

I, Jing Chen, hereby certify that on this 11th day of August 2025, I authorized electronic filing of the foregoing motion and accompanying exhibits with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.


<u>/s/ Jing Chen</u>