**THE ROSEN LAW FIRM, P.A.**
Jing Chen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
jchen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONDOLPH HO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROCKET PHARMACEUTICALS, INC., and GAURAV SHAH,<br><br>Defendants. | No.: 3:25-cv-10049-ZNQ-TJB<br><br>**DECLARATION OF JING CHEN IN SUPPORT OF MOTION OF COREY SIPMANN TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>**Motion Date: September 15, 2025** |

[Additional caption on next page]

|  |  |
|---|---|
| DIMITAR YANKOV, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROCKET PHARMACEUTICALS, INC., GAURAV SHAH, and AARON ONDREY,<br><br>Defendants. | No.: 3:25-cv-13532-ZNQ-TJB<br><br>CLASS ACTION |

## DECLARATION OF JING CHEN

I, Jing Chen, hereby declare under penalty of perjury:

1.      I am a Partner of The Rosen Law Firm, P.A., [Proposed] Lead Counsel in this action and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of New Jersey and before this Court. I make this Declaration in support of the Motion of Movant Corey Sipmann ("Movant") to consolidate related actions, to be appointed as Lead Plaintiff, and to approve of The Rosen Law Firm, P.A. to serve as Lead Counsel.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Movant's PSLRA certification.

4.      Attached hereto as Exhibit 3 is a true and correct copy of Movant's loss chart.

5.      Attached hereto as Exhibit 4 is a true and correct copy of The Rosen Law Firm, P.A.'s firm resume.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed: August 11, 2025              /s/ Jing Chen
                                       Jing Chen

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ Jing Chen