# Exhibit 1



**Source:** *Levi & Korsinsky, LLP*

*June 11, 2025 20:09 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Rocket Pharmaceuticals, Inc. Securities and Sets a Lead Plaintiff Deadline of August 11, 2025

NEW YORK, June 11, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Rocket Pharmaceuticals, Inc. ("Rocket" or the "Company") (NASDAQ: RCKT) <u>between February 27, 2025, to May 26, 2025, both dates inclusive.</u> <u>You are hereby notified</u>** that the class action lawsuit *Rondolph Ho v. Rocket Pharmaceuticals, Inc., et al.* (Case No. 3:25-cv-10049) has been commenced in the United States District Court for the District of New Jersey. To get more information **go to:**

[https://zlk.com/pslra-1/rocket-pharmaceuticals-inc-lawsuit-submission-form](https://zlk.com/pslra-1/rocket-pharmaceuticals-inc-lawsuit-submission-form)

or contact Joseph E. Levi, Esq. either via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

According to the complaint, defendants provided overwhelmingly positive statements to investors while, at the same time, disseminating materially false and misleading statements and/or concealing material adverse facts concerning the true state of RP-A501's safety and clinical trial protocol; notably, that Rocket knew Serious Adverse Events (SAEs), including death of participants enrolled in the study, were a risk. In particular, Rocket amended the trial's protocol to introduce a novel immunomodulatory agent to the pretreatment regimen without providing this critical update to shareholders. Such statements absent these material facts caused Plaintiff and other shareholders to purchase Rocket's securities at artificially inflated prices.

On May 27, 2025, Rocket announced that the FDA placed a clinical hold on the RP-A501 Phase 2 pivotal study after at least one patient suffered a Serious Adverse Event (SAE), ultimately, death, while enrolled in the study following a substantive amendment to the protocol that the Company failed to disclose to investors at the time management made the revision. In fact, Rocket stated that, while the patient was dosed in May, the decision to amend the protocol was made "several months" earlier. Despite this, Rocket made no attempt to alert investors or the public to the change until after the SAE occurred.

Following this news, the price of Rocket's common stock declined dramatically. From a closing market price of $6.27 per share on May 23, 2025, Rocket's stock price fell to $2.33 per share on May 27, 2025, a decline of about 37% in the span of just a single trading day.

**If you suffered a loss in RCKT securities, you have until August 11, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
[jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com)
Tel: (212) 363-7500
Fax: (212) 363-7171
[www.zlk.com](http://www.zlk.com)