# Exhibit 3

| | | | | **Rocket Pharmaceuticals, Inc. Loss Chart**<br>**Class Period: September 17, 2024 through May 26, 2025** | | | | | | | | | **Lookback Price** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | | $2.92 |
| Corey J. Sipmann | 12/31/2024 | 10000 | ($12.20) | ($122,000.00) | | | | | | | | | |
| | 1/8/2025 | 10000 | ($11.83) | ($118,300.00) | | | | | | | | | |
| | 1/10/2025 | 10000 | ($11.20) | ($112,000.00) | | | | | | | | | |
| | 1/13/2025 | 10000 | ($10.37) | ($103,700.00) | | | | | | | | | |
| | 4/28/2025 | 10000 | ($7.15) | ($71,500.00) | | | | | | | | | |
| | 5/13/2025 | 10000 | ($6.38) | ($63,800.00) | | | | | | | | | |
| | | 60000 | | ($591,300.00) | | | | | 60000 | $174,928.85 | ($416,371.15) | | |