**K&L GATES**

December 18, 2025

Loly Garcia Tor
Partner
loly.tor@klgates.com

T +1 973 848 4026
F +1 973 848 4001

**By ECF**

Hon. Zahid N. Quraishi, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Re:     *In re Rocket Pharmaceuticals, Inc. Sec. Litig.,*
        **Case No. 3:25-cv-10049-ZNQ-TJB**

Dear Judge Quraishi:

This firm represents Defendants Rocket Pharmaceuticals, Inc. ("Rocket"), Dr. Guarav Shah ("Dr. Shah") and Aaron Ondrey ("Mr. Ondrey") (collectively, "Defendants") in the above-referenced action.  We write in regard to Your Honor's December 17, 2025 Text Order (the "Text Order") waiving the pre-motion conference for Defendants' motion to dismiss Plaintiffs' Consolidated Amended Class Action Complaint and setting forth a briefing schedule.  (ECF No. 37).

By way of background, on September 22, 2025, Your Honor granted the parties' Joint Stipulation and Scheduling Order (the "Joint Scheduling Order"), which provides that Defendants shall answer or move to dismiss Plaintiffs' Consolidated Amended Class Action Complaint "within forty-five (45) days of the Court's holding a pre-motion conference or announcing that it will not do so." (ECF No. 26).  The Joint Scheduling Order further grants Lead Plaintiffs 60 days to oppose the motion to dismiss and affords Defendants 45 days to reply.  (*Id.*).

We understand the Text Order to trigger the Joint Scheduling Order's forty-five-day period for Defendants to file their motion to dismiss.  However, the Text Order sets forth a due date of less than forty-five days, January 9, 2025.  We respectfully request that the Court strike the January 9, 2025 deadline and permit the parties to abide by the deadlines set forth in the Joint Scheduling Order.

Pursuant to the Joint Scheduling Order, the deadlines would be as follows:

- Defendants' Motion to Dismiss:         Due on or before January 31, 2026

- Plaintiffs' Opposition:                Due on or before April 1, 2026

- Defendants' Reply:                     Due on or before May 16, 2026

**SO ORDERED** this **19th** day of **DECEMBER 2025**.

*s/ Zahid N. Quraishi*
**HON. ZAHID N. QURAISHI**
**UNITED STATES DISTRICT COURT**

K&L GATES LLP
ONE NEWARK CENTER   TENTH FLOOR   NEWARK   NJ 07102
T +1 973 848 4000  F +1 973 848 4001   klgates.com

We thank Your Honor for Your consideration of this request.

Respectfully submitted,

*s/ Loly G. Tor*

Loly G. Tor

cc: All counsel of record (ECF)

December 18, 2025