*In re Rocket Pharmaceuticals, Inc. Sec. Litig.*, No. 3:25-cv-10049-ZNQ-TJB (D.N.J.)

**Appendix A**
**To Lead Plaintiffs' Opposition to Motion to Dismiss The First Amended Complaint (ECF 40)**

**Alleged Misstatements, Phase 2 Trial Developments, Corrective Events / Disclosures, Defendant Transactions, Company Offerings, & High-Level Insider Resignations**

| Alleged Misstatements | Phase 2 Trial Developments | Alleged Corrective Events / Disclosures | Suspiciously Timed Defendant / Insider Actions | | |
| --- | --- | --- | --- | --- | --- |
| | | | Defendant Transactions (Number of Shares) | Company Offerings (Number of Shares) | High-Level Insider Resignations |
| 2/27/2024 2023 10-K (¶62(a))<br>4/29/2024 2023 Annual Report (¶63)<br>5/7/2024 Q1 2024 10-Q (¶62(a))<br>5/16/2024 BoA Conference (¶64) | Early 2024: Phase 2 Trial patient #1 sufferred TMA-related SAE (¶¶5, 58, 100)<br>[*Prompted dosing halt, root cause analysis, FDA negotiations, trial change* (¶¶5, 58, 102)]<br>Early/mid 2024: FDA permitted Phase 2 Trial dosing resumption (¶¶5, 58) | | Shah (¶95(a))<br>5/14/2024 17,662 RSUs converted to shares<br>5/16/2024 stock sold (9,790 shares) | | |
| 8/6/2024 Q2 2024 10-Q (¶62(a))<br>9/5/2024 MS Conference (¶65)<br>9/17/2024 Press Release (¶66) | August 2024: Phase 2 Trial patient #4 sufferred TMA-related SAE (¶¶5, 58, 100)<br>[*Prompted dosing halt until May 2025, FDA negotiations, trial redesign* (¶5)]<br>9/17/2024: Phase 2 Trial enrollment announced as complete (¶¶46, 48) | | Shah (¶95(a))<br>8/16/2024 stock sold (9,650 shares) | | |
| 11/7/2024 Earnings Release (¶67)<br>11/7/2024 8-K (¶67)<br>11/7/2024 Q3 2024 10-Q (¶62(b))<br>11/12/2024 UBS Conference (¶68(a)-(b))<br>11/18/2024 Webinar (¶69(a)-(b))<br>12/3/2024 Evercore Conference (¶70(a)-(b))<br>12/10/2024 Preliminary Prospectus Supplement (¶71)<br>12/12/2024 Prospectus Supplement (¶71) | [*Dosing remained halted until May 2025* (¶¶5, 101)] | | Shah (¶95(a))<br>11/21/2024 stock sold (11,091 shares) | 12/12/2024 public offering (¶96) (15.2 million shares)<br><br>12/12/2024 private placement (¶96) (warrants for 400,000 shares) | 12/5/2024 - Rocket General Manager, Commercial Affairs / Chief Medical Officer Resigned (¶110) |
| 1/13/2025 JPM Conference (¶72)<br>2/27/2025 Earnings Release (¶73(a))<br>2/27/2025 8-K (¶73(a))<br>2/27/2025 2024 10-K (¶¶62(b), 73(b)) | January 2025: Rocket decided to use novel C3 inhibitor, redesign trial (¶¶5, 52, 59, 101)<br>[*Prompted FDA negotiations, trial redesign, implementation* (¶5)]<br>[*Dosing remained halted until May 2025* (¶¶5, 101)] | | Shah (¶95(a))<br>2/21/2025 stock sold (16,303 shares)<br><br>Ondrey (¶95(b))<br>4/4/2025 stock sold (7,489 shares) | | 1/27/2025 - Rocket Director Resigned (¶111) |
| 4/8/2025 Needham Conference (¶74)<br>4/30/2025 2024 Annual Report (¶75)<br>4/30/2025 Proxy Statement (¶76)<br>5/8/2025 Q1 2025 10-Q (¶¶62(b), 77)<br>5/27/2025 Webinar (¶78(a)-(e)) | Early May 2025: Phase 2 Trial patients #5 + #6 dosed, given C3 inhibitor (¶¶5, 53, 84(a), 101)<br>May 2025: Phase 2 Trial patients #5 + #6 sufferred CLS-related SAEs (¶¶5, 53)<br>[*Prompted dosing halt* (¶79(b))]<br>5/23/2025: FDA imposed clinical hold on Phase 2 Trial (¶¶53, 102)<br>5/24 to 5/26/2025: Phase 2 Trial patient with CLS-related SAE died (¶53)<br>5/27/2025: Rocket began root cause analysis into CLS-related SAEs (¶78(e)) | 5/27/2025 Press Release (¶83)<br>5/27/2025 8-K (¶83)<br>5/27/2025 Webinar (¶84(a)-(e))<br>5/27/2025 Scotiabank Report (¶85(a))<br>5/27/2025 JPM Report (¶85(b))<br>5/27/2025 Jefferies Report (¶85(c))<br>5/27/2025 Needham Report (¶85(d))<br>5/27/2025 stock drop (¶86)<br><br>5/27/2025 Cantor Report (¶87(a))<br>5/28/2025 JPM Report (¶87(b))<br>5/28/2025 Chardan Report (¶87(c)) | Shah (¶95(a))<br>5/16/2025 stock sold (3,621 shares)<br>5/20/2025 stock sold (2,253 shares)<br><br>Ondrey (¶95(b))<br>7/3/2025 stock sold (1,477 shares) | | 4/29/2025 - Rocket Director Resigned (¶112) |
| 8/7/2025 Earnings Release (¶79(a))<br>8/7/2025 8-K (¶79(a))<br>8/7/2025 Q2 2025 10-Q (¶¶62(b), 79(b))<br>8/20/2025 Press Release (¶80) | 8/20/2025: FDA permitted Phase 2 Trial resumption with a recalibrated dose (¶54)<br>[*No further patients dosed thereafter into 2026* (¶103)] | 8/7/2025 8-K (¶¶88-89)<br>8/7/2025 Earnings Release (¶¶88-89)<br>8/7/2025 stock drop (¶90)<br>8/25/2025 8-K (¶¶91, 114)<br>8/25/2025 stock drop (¶92) | Shah (¶95(a))<br>8/18/2025 stock sold (2,234 shares) | | 8/7/2025 - Rocket President / Head of R&D / COO Resigned (¶113)<br>8/20/2025 - Rocket CFO Defendant Ondrey Resigned (¶114) |