Brian Calandra
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
bcalandra@pomlaw.com

*Co-Lead Counsel for Co-Lead Plaintiff*
*Dimitar Yankov, and the Proposed*
*Class*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE ROCKET PHARMACEUTICALS, INC. SECURITIES LITIGATION | Case No. 3:25-cv-10049-ZNQ-TJB |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | DECLARATION OF MATTHEW L. TUCCILLO, ESQ. IN SUPPORT OF LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT (ECF 40) |

Pursuant to 28 U.S.C. §1746, I, Matthew L. Tuccillo, Esq., hereby declare as follows:

1.      I am over twenty-one years of age and I am fully competent to make this Declaration.  I have personal knowledge of the facts set forth in this Declaration, and if called upon, could and would testify completely thereto.

1

2.      I am a Partner of the law firm Pomerantz LLP, Court-appointed Co-Lead Counsel for Lead Plaintiffs Dimitar Yankov and Corey Sipmann.  My office is located at 600 Third Avenue, 20th Floor, New York, NY 10016.  I make this Declaration in support of Lead Plaintiffs' Opposition to Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint (ECF 40).

3.      I am a member of good standing of the Bars of the State of New York, the State of Connecticut, and the Commonwealth of Massachusetts.  I am also a member in good standing of the Bar of the Supreme Court of the United States, the Bars of the U.S. Court of Appeals for the Second, Fifth, and Ninth Circuits, and the Bars of the United States District Courts for the Southern and Eastern Districts of New York, the District of Connecticut, the District of Massachusetts, the Northern District of Illinois, the Eastern District of Wisconsin, and the Southern District of Texas.

4.      Attached hereto as **Exhibit 1** is a true and correct copy of a Form 8-K filed by Defendant Rocket Pharmaceuticals, Inc. ("Rocket") with the Securities and Exchange Commission on September 12, 2023 (the "9/12/2023 8-K").

5.      Attached hereto as **Exhibit 2** is a true and correct copy of a slideshow presentation titled *Rocket Pharmaceuticals Danon Disease Program Update* and dated September 11, 2023 (the "9/11/2023 Presentation"), which was filed as Exhibit 99.1 to Rocket's 9/12/2023 8-K.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed in New York, NY on April 1, 2026.

*/s/ Matthew L. Tuccillo*
Matthew L. Tuccillo