**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE ROCKET PHARMACEUTICALS, INC. SECURITIES LITIGATION** | Civil Action No. 25-10049 (ZNQ) (TJB) |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | **ORDER** |

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon a Motion to Dismiss filed by Defendants (the "Motion," ECF No. 40.) For the reasons set forth in the accompanying Opinion,

**IT IS** on this **28th** day of **October 2026**,

**ORDERED** that Defendants' Motion (ECF No. 40) is hereby **GRANTED** as set forth below; it is further

**ORDERED** that the following portions of Plaintiffs' COUNT I are **DISMISSED WITH PREJUDICE**: 1) Plaintiffs' claims based on alleged misstatements regarding the SAEs suffered by patients in the Phase 2 Trial; and 2) Plaintiffs' claims based on the planning and design of the Phase 2 Trial. (*See* CAC ¶ 81(a)–(d), (f).); it is further

**ORDERED** that the remaining portions of Plaintiffs' COUNT I are **DISMISSED WITHOUT PREJUDICE**: claims based on alleged misstatements on "the halts, disruptions, and delays in dosing patients." (*See* CAC ¶ 81(e).); it is further

**ORDERED** that COUNT II is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiffs are hereby **GRANTED** leave to file a Second Amended Consolidated Complaint, limited to remedying the defects identified in the accompanying Opinion within 30 days. Failure to remedy the defects by that date may result in this matter being dismissed with prejudice.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**